IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CLARKE C. COLL,
Trustee of the Bankruptcy Estate of
WAYNE KENNETH AUGÉ, II, M.D.,

     Plaintiff,

v.                               Case No.   1:14-cv-01089-KG-SMV

STRYKER CORPORATION et al.,

     Defendants.

**ORDER GRANTING LEAVE TO FILE UNDER SEAL
EXHIBITS TO MOTION TO DE-DESIGNATE DISCOVERY MATERIAL**

     This Court having heard and considered the Consent Motion for Leave to File under Seal

Exhibits to Motion to De-Designate Discovery Material, and finding there is good cause for

permitting Plaintiff to file under seal exhibits to his proposed Motion to De-Designate Discovery

Material produced by Defendants marked Attorneys Eyes Only, it is accordingly

     ORDERED that Plaintiff may file under seal, in support of his Motion to De-Designate

Discovery Materials, exhibits marked Attorneys Eyes Only produced by Defendants in response

to Plaintiff's document requests in this matter, which exhibits shall be marked "FILED

CONDITIONALLY UNDER SEAL."

                             _____
                             Honorable Stephan M. Vidmar
                             United States Magistrate Judge

Submitted by:

/s/ Jeffrey L. Squires
NM Bar No. 143015
Email:  jsquires@peacocklaw.com
201 Third St. NW, Suite 1340
Albuquerque, NM  87102
Office:  (505) 998-6116
Fax:  (505) 243-2542

Electronically approved November 9, 2016

/s/ Aaron Hankel
Aaron Hankel, admitted pro hac vice

SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Phone: (816) 474.6550
Fax: (816) 421.5547
ahankel@shb.com

G:\A-Clients\Auge\LIT\STRYKER\1-14-cv-01089-KG-SMV Order Granting Leave to File Under Seal  110416.docx