IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CLARKE C. COLL,
Trustee of the Bankruptcy Estate of
WAYNE KENNETH AUGÉ, II, M.D.,

    Plaintiff,

v.                                  Case No. 1:14-cv-01089-KG-SMV

STRYKER CORPORATION et al.,

    Defendants.

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND
TO PLAINTIFF'S MOTION TO DE-DESIGNATE
<u>DISCOVERY MATERIAL MARKED ATTORNEYS EYES ONLY</u>**

THIS MATTER, having come before the Court on the Parties' Unopposed Motion to Extend Time to Respond to Plaintiff's Motion to De-Designate Discovery Material Marked Attorney Eyes Only, the Court having reviewed the Motion and having been advised that all parties have stipulated to the extension of time, and being otherwise fully apprised in the premises FINDS:

The Motion is well taken and should be GRANTED.

**IT IS THEREFORE ORDERED** the Defendants shall have until December 2, 2016, to respond to Plaintiff's Motion to De-Designate Discovery Material Marked Attorney Eyes Only.

_____
THE HONORABLE STEPHAN M. VIDMAR

SUBMITTED BY:


/s/ Alfred L. Green, Jr.
Alfred L. Green, Jr.
BUTT THORNTON & BAEHR PC
algreen@btblaw.com

and

Michael S. Cargnel, *admitted pro hac vice*
B. Trent Webb, *admitted pro hac vice*
Aaron Hankel, *admitted pro hac vice*
Ashley N. Harrison, *admitted pro hac vice*
mcargnel@shb.com
bwebb@shb.com
ahankel@shb.com
aharrison@shb.com

***Counsel for Defendants***


 *Electronically approved 11/14/16*
Jeffrey L. Squires
jsquires@peacocklaw.com
Deborah Peacock
dpeacock@peacocklaw.com