IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HILDA MEDINA,

    Plaintiff,

vs.                                                Civ. No. 16-363 KG/GJF

DARLA MATTHEW, FAITH HUTSON,
DOUGLAS SCRIBNER, and
MONICA TORRES,

    Defendants.

## FINAL ORDER OF DISMISSAL

This matter comes before the Court on Defendants' Motion to Dismiss Complaint and Memorandum in Support Thereof (Motion to Dismiss), filed July 26, 2016. (Doc. 13). Plaintiff filed a response on August 16, 2016; Defendants filed a reply on August 30, 2016; Defendants filed supplemental briefing on October 31, 2016; Plaintiff responded to the supplemental briefing on November 9, 2016; and Defendants filed a reply to the supplemental briefing on November 22, 2016. (Docs. 16, 17, 22, 23, and 26). The Court held two hearings on the Motion to Dismiss: one on October 20, 2016, and one on August 31, 2017. At both hearings, Michael Newell represented Plaintiff and Patricia Williams represented Defendants.

Having considered the Motion to Dismiss, the accompanying briefing, and the argument of counsel at both hearings, and for the reasons stated on the record at the hearings,

IT IS ORDERED that

1. the Motion to Dismiss (Doc. 13) is granted; and

2. this lawsuit is dismissed, in its entirety, without prejudice.

                                                                _____
                                                                UNITED STATES DISTRICT JUDGE