IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WAYNE KENNETH AUGE,

    Plaintiff,

vs.                                                 Civ. No. 14-1089 KG/SMV

STRYKER CORPORATION, and
HOWMEDICA OSTEONICS CORP.,

    Defendants.

## PARTIAL SUMMARY JUDGMENT

Having granted Defendants' Motions for Summary Judgment (Doc. 178, 179) in part by entering a Memorandum Opinion and Order contemporaneously with this Final Summary Judgment,

    IT IS ORDERED that

    1.     Partial summary judgment is entered in favor of Defendants and against Plaintiff on Plaintiff's claims for breach of the Confidentiality Agreements contained in Count 1 of the Amended Complaint, and on Counts III, IV, and V of the Amended Complaint.

    2.     Those claims against Defendants are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE