# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| WAYNE KENNETH AUGÉ, II, M.D., Individually and as Trustee on behalf of The Covalent Global Trust, ) ) ) ) Plaintiffs, ) ) v. ) ) STRYKER CORPORATION and ) HOWMEDICA OSTEONICS CORP., ) ) Defendants. ) | Case No. 1:14-CV-1089-KG-SMV |

## ORDER GRANTING LEAVE TO FILE UNDER SEAL DEFENDANTS' OPPOSITION TO MOTION TO COMPEL SUPPLEMENTATION OF DISCOVERY

This Court having heard and considered the Consent Motion for Leave to File Under Seal Defendants' Opposition to Plaintiff's Motion to Compel Supplementation of Discovery and certain supporting documents, and finding there is good cause for permitting Defendants to file the Opposition and supporting documents under seal, it is hereby

ORDERED that Defendants may file under seal the Opposition to Plaintiff's Motion to Compel Supplementation of Discovery and accompanying Exhibits 4 and 6, which shall each be marked "TO BE FILED UNDER SEAL."

_____
Honorable Stephan M. Vidmar

Submitted by:
*/s/ Alfred L. Green, Jr.*
Alfred L. Green Jr.
algreen@btblaw.com

Approved by:

*/s/ Electronically approved 7/27/18*
Jeffrey L. Squires
jsquires@peacocklaw.com