IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WAYNE KENNETH AUGÉ II,

    Plaintiff,[1]

v.                                                       No. 14-cv-1089 KG/SMV

**STRYKER CORPORATION and**
**HOWMEDICA OSTEONICS CORPORATION,**

    Defendants.

## ORDER SETTING ORAL ARGUMENT

| | |
|---|---|
| **Location:** | Chama Courtroom |
| | Pete V. Domenici United States Courthouse |
| | 333 Lomas Boulevard Northwest |
| | Albuquerque, New Mexico |
| **Date and time:** | Wednesday, October 3, 2018, at 3:00 p.m. |
| **Matters to be heard:** | Oral Argument on Plaintiff's Motion to Compel Supplementation of Discovery [Doc. 219] |

**IT IS ORDERED** that an in-person oral argument is set on Plaintiff's Motion to Compel Supplementation of Discovery [Doc. 219] for Wednesday, October 3, 2018, at 3:00 p.m. in the Chama Courtroom in the Pete V. Domenici United States Courthouse at 333 Lomas Boulevard Northwest in Albuquerque, New Mexico.

**IT IS SO ORDERED.**

                                                        **STEPHAN M. VIDMAR**
                                                        **United States Magistrate Judge**

---

[1] Clarke C. Coll was substituted as Plaintiff in this matter when Dr. Augé filed for bankruptcy. Mr. Coll is the trustee of the bankruptcy estate. [Doc. 30]. Dr. Augé was reinstated as Plaintiff after Mr. Coll, as trustee, abandoned certain claims of the bankruptcy estate, including the claims in the instant lawsuit. [Doc. 187].