IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WAYNE KENNETH AUGÉ, II, M.D.,

       Plaintiff,

vs.                                                                                        Civ. No. 14-1089 KG/SMV

STRYKER CORPORATION and
HOWMEDICA OSTEONICS CORP.,
*doing business as* Stryker Orthopaedics,

       Defendants.

**ORDER SETTING A TELEPHONIC STATUS CONFERENCE**
*(CALLS FROM LANDLINES ONLY; NO CELL PHONES PLEASE)*

IT IS HEREBY ORDERED that a status conference will be held by telephone on

**THURSDAY, SEPTEMBER 26, 2019, AT 2:00 PM**.  Counsel and Wayne Kenneth Auge, II, M.D., *pro se*, shall call the AT&T conference line 888-398-2342, access code is 9614892, to be connected to the proceedings.

_____
UNITED STATES DISTRICT JUDGE