IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WAYNE KENNETH AUGÉ, II, M.D.,

    Plaintiff,

vs.                                                                                                               Civ. No. 14-1089 KG/SMV

STRYKER CORPORATION and
HOWMEDICA OSTEONICS CORP.,
*doing business as* Stryker Orthopaedics,

    Defendants.

## ORDER

On September 26, 2019, the Court held a status conference. Wayne Augé attended, *pro se*, and Alfred Green, B Trent Webb and Aaron Hankel represented Defendants. For the reasons stated on the record at the hearing, the Court

ORDERS that the reply to Plaintiff's response to Stryker's Statement Concerning Plaintiff's Notice of Self Representation (Doc. 288), is due seven (7) days after the filing of response.

                                                                            UNITED STATES DISTRICT JUDGE