IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WAYNE KENNETH AUGÉ, II, M.D.,
*Individually and as Trustee on Behalf of
Covalent Global Trust*,

    Plaintiff,

vs.                                                 Civ. No. 14-1089 KG/SMV

STRYKER CORPORATION, and
HOWMEDICA OSTEONICS CORP.,

    Defendants.

## ORDER

IT IS HEREBY ORDERED the litigation of this matter, including the scheduled pretrial conference, jury trial, and all trial deadlines, shall be STAYED until the Plaintiff conforms with the *Order to Show Cause* (Doc. 302) filed on this date. If Plaintiff complies with the order to show cause, the Court will enter an order resetting the pretrial conference, jury trial, and trial deadlines.

_____
UNITED STATES DISTRICT JUDGE