IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WAYNE KENNETH AUGÉ, II, M.D.,
*Individually and as Trustee on Behalf of
Covalent Global Trust*,

    Plaintiff,

vs.                                                           Civ. No. 14-1089 KG/SMV

STRYKER CORPORATION, and
HOWMEDICA OSTEONICS CORP.,

    Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE (Doc. 302)

This matter comes before the Court upon its Order to Show Cause, filed October 4, 2019. (Doc. 302). In the Order to Show Cause, the Court found that Covalent Global Trust ("CGT") must obtain counsel in order to proceed in this lawsuit. *Id.* at 8. Therefore, the Court ordered that, by December 2, 2019, Dr. Augé must: (1) obtain counsel to proceed on behalf of CGT; (2) provide evidence to the Court that CGT has been dissolved in accordance with applicable state laws; or (3) provide evidence to the Court that the rights and interests that are the subject of this case are not the property of CGT and belong to Dr. Augé individually. *Id.* at 9. On December 2, 2019, attorneys Nathan T. Nieman and Christopher J. Esbrook entered their appearances on behalf of Dr. Augé, Individually and as Trustee on Behalf of Covalent Global Trust. (Doc. 305). Having complied with the Order to Show Cause,

IT IS ORDERED that the Order to Show Cause (Doc. 302) is quashed.

                                                                                                _____
                                                                                                UNITED STATES DISTRICT JUDGE