IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WAYNE KENNETH AUGÉ, II, M.D.,

    Plaintiff,

vs.                                                                                         Civ. No. 14-1089 KG/SMV

STRYKER CORPORATION and
HOWMEDICA OSTEONICS CORP.,
*doing business as* Stryker Orthopaedics,

    Defendants.

## **ORDER SETTING A TELEPHONIC STATUS CONFERENCE**

IT IS HEREBY ORDERED that a status conference will be held by telephone on **THURSDAY, APRIL 9, 2020, AT 2:00 PM**. Counsel shall call the AT&T conference line 888-398-2342, access code is 9614892, to be connected to the proceedings. Calls will only be accepted from landlines; no cell phones please.

_____
UNITED STATES DISTRICT JUDGE