IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WAYNE KENNETH AUGÉ, II, M.D.,
*Individually and as Trustee on Behalf of*
*Covalent Global Trust*,

      Plaintiff,

vs.                                                                                               Civ. No. 14-1089 KG/SMV

STRYKER CORPORATION, and
HOWMEDICA OSTEONICS CORP.,

      Defendants.

## ORDER STAYING CASE AND SETTING STATUS CONFERENCE

This matter comes before the court upon the parties' joint motion to stay this case for ninety (90) days made at the status conference held on April 9, 2020. For the reasons stated at the April 9, 2020, hearing, the Court grants the motion to stay for ninety days. The parties shall immediately notify the Court if they reach an agreement to settle this case.

IT IS THEREFORE ORDERED this matter is hereby STAYED until July 8, 2020.

IT IS FURTHER ORDERED that the parties shall file joint status reports with the Court every thirty days, beginning on May 4, 2020.

IT IS FURTHER ORDERED that a telephonic status conference is set for Thursday, July 9, 2020, at 1:30 p.m. Counsel shall call the AT&T conference line at 888-398-2342 and use access code 9614892 to be connected to the proceedings. Counsel shall be prepared to discuss the possibility of holding a bench trial in this case.

                                                                                   _____
                                                                                   UNITED STATES DISTRICT JUDGE