IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WAYNE KENNETH AUGÉ, II, M.D.,

       Plaintiff,

vs.                                                                                               Civ. No. 14-1089 KG/SMV

STRYKER CORPORATION and
HOWMEDICA OSTEONICS CORP.,
*doing business as* Stryker Orthopedics,

       Defendants.

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

IT IS HEREBY ORDERED that a status conference set is set for **TUESDAY, JUNE 23, 2020, AT 2:00 PM**.  Counsel shall call the AT&T conference line 888-398-2342, access code is 9614892, to be connected to the proceedings.  Calls will only be accepted from landlines; no cell phones please.

_____
UNITED STATES DISTRICT JUDGE