IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WAYNE KENNETH AUGÉ, II, M.D.,
*Individually and as Trustee on Behalf of*
*Covalent Global Trust*,

      Plaintiff,

vs.                                                                                                         CV No. 14-1089 KG/SMV

STRYKER CORPORATION, and
HOWMEDICA OSTEONICS CORP.,

      Defendants.

## ORDER GRANTING IN PART AND DENYING IN PART UNOPPOSED MOTION TO CONTINUE TRIAL AND VACATE PRETRIAL DEADLINES

This matter is before the Court on Defendants' Unopposed Motion to Continue Trial and Vacate Pretrial Deadlines (Motion) (Doc. 345). In their Motion, Defendants request that the Court continue trial, currently scheduled to commence March 1, 2021, in light of the ongoing COVID-19 pandemic. In addition, Defendants ask the Court to extend the pretrial motions deadlines.

Having reviewed the Motion, the Court finds good cause to continue the trial because of the current COVID-19 pandemic, until such a time as the conditions permit safe and fair in-person proceedings. However, Defendants do not explain why the current pretrial motions deadlines should also be extended. As a result, the Court grants Defendants' request to continue the jury trial and denies without prejudice the request to extend the pretrial motions deadlines.

IT IS, THEREFORE, ORDERED that Defendants' Unopposed Motion to Continue Trial and Vacate Pretrial Deadlines (Doc. 345) is granted in part and denied in part. The pretrial conference, set for February 18, 2021, and the jury trial scheduled to commence March 1, 2021,

are continued until further Order of this Court.  All other deadlines, including all pretrial motions deadlines, as set forth in this Court's Notice of Civil Jury Trial (Doc. 332) shall remain in effect.

    IT IS ORDERED.

_____
UNITED STATES DISTRICT JUDGE