IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WAYNE KENNETH AUGÉ, II, M.D.,
Individually and as Trustee on behalf of the
Covalent Global Trust,

        Plaintiffs,

v.                                        Case No. 1:14-CV-1089-KG-SMV

STRYKER CORPORATION and
HOWMEDICA OSTEONICS CORP.,

        Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER, having come before the Court on Defendants' Unopposed Motion for Extension of Time (Doc. 423), the Court having reviewed the Motion and having been advised that all parties have agreed to the extension of time, and being otherwise fully apprised in the premises FINDS:

The Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED

The deadline for the parties to file updated exhibit lists, with outstanding objections identified, and revised proposed jury instructions with objections is extended by twenty-one days up to and including December 15, 2021.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

/s/ *Aaron Hankel*
Aaron Hankel, *admitted pro hac vice*
B. Trent Webb, *admitted pro hac vice*
Ashley N. Harrison, *admitted pro hac vice*
Beth A. Larigan, *admitted pro hac vice*
SHOOK, HARDY & BACON L.L.P.
bwebb@shb.com
ahankel@shb.com
aharrison@shb.com
blarigan@shb.com


Monica R. Garcia
BUTT THORNTON & BAEHR PC
mrgarcia@btblaw.com

**Counsel for Defendants**


*Approved via email 11/18/2021*
Stephen Brown
stephen.brown@esbrooklaw.com