IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WAYNE KENNETH AUGÉ, II, M.D.,
*Individually and as Trustee on behalf of*
*The Covalent Global Trust,*

      Plaintiff,

vs.                                               Civ. No. 14-1089 KG/SMV

STRYKER CORPORATION and
HOWMEDICA OSTEONICS CORP.,
*doing business as* Stryker Orthopedics,

      Defendants.

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

IT IS HEREBY ORDERED that a status conference is set for **WEDNESDAY, JANUARY 26, 2022, AT 9:00 a.m. (MT)**.   Counsel shall call the AT&T conference line 888-398-2342, using access code is 9614892, to be connected to the proceedings.

_____
UNITED STATES DISTRICT JUDGE