IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WAYNE KENNETH AUGÉ, II, M.D.,
*Individually and as Trustee on Behalf of*
*Covalent Global Trust*,

      Plaintiff,

vs.                                                                     Civ. No. 14-1089 KG/SMV

STRYKER CORPORATION, and
HOWMEDICA OSTEONICS CORP.,

      Defendants.

## ORDER FOLLOWING JANUARY 26, 2022 STATUS CONFERENCE

This matter comes before the Court *sua sponte* following the January 26, 2022 Status Conference. As discussed at the Status Conference, the Court imposes the following deadlines:

1. No later than fourteen (14) days from the date of entry of this Order, the parties shall submit updated, redacted exhibits to the Court.

2. No later than thirty (30) days before trial, Defendants shall submit to Plaintiff updated sales data.

3. No later than thirty (30) days before trial, Defendants shall submit to Plaintiff an updated income statement with financial information through December 2021.

4. On or before March 1, 2022, Defendants will file a Notice or Status Report advising the Court and the Plaintiff of Defendants' efforts with respect to the updated income statement.

The parties also discussed a potential trial scheduling issue with respect to Plaintiff's expert, Dr. Ugone. The Court has taken this matter under advisement.

IT IS SO ORDERED.

                                                                               UNITED STATES DISTRICT JUDGE