IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WAYNE KENNETHE AUGÉ, II, M.D.,
*Individually and as Trustee on Behalf of*
*Covalent Global Trust*,

    Plaintiff,

vs.                                                                          Civ. No. 14-1089 KG/SMV

STRYKER CORPORATION, and
HOWMEDICA OSTEONICS CORP.,

    Defendants.

## ORDER FOR STATUS REPORT REGARDING INCOME STATEMENTS

Defendants Stryker Corporation and Howmedica Osteonics Corporation (collectively, "Defendants") submitted a Status Report to the Court on March 2, 2022, regarding Defendants' Court-ordered supplementation of sales and income/profit data in advance of trial. (Doc. 463). Defendants report that they supplemented sales data on January 31, 2022, but experienced difficulties supplementing the income/profit data. (*Id.*) Defendants indicate they will "be in a better position to apprise the Court and Plaintiff of material developments" in supplementing this data "in about three weeks." (*Id.*) at 2.

No later than 12:00pm (noon) Mountain Time on Friday, March 25, 2022, Defendants will submit a status report on this matter. The status report will detail Defendants' efforts to supplement the income/profit data, any impediments to said supplementation, and a firm time table for supplementing the data before trial, and any additional information Defendants wish to provide the Court and Plaintiff on this matter.

IT IS SO ORDERED.

                                                                                        UNITED STATES DISTRICT JUDGE