IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WAYNE KENNETH AUGÉ, II, M.D.,
Individually and as Trustee on behalf of
The Covalent Global Trust,

Plaintiffs,

v.

Case No. 1:14-cv-01089-KG-SMV

STRYKER CORPORATION et al.,

Defendants.

## ORDER GRANTING

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Having considered Plaintiff's Unopposed Motion to Withdraw as Counsel (Doc. 467), good cause having been shown, and with the consent of Plaintiff, the Court hereby GRANTS the motion.

**IT IS THEREFORE ORDERED** that attorney Jane J. Kim is withdrawn as an attorney of record in this matter.

_____
UNITED STATES DISTRICT JUDGE

Dated:  March 10, 2022                                  Respectfully submitted,


SUBMITTED BY:  /s/ Stephen R. Brown____         BY: /s/ Aaron Hankel_____
                                                        ELECTRONICALLY APPROVED ON MARCH 9, 2022

ESBROOK P.C.
Christopher J. Esbrook, admitted *pro hac vice*         SHOOK, HARDY & BACON L.L.P
Stephen R. Brown, admitted *pro hac vice*               B. Trent Webb, admitted *pro hac vice*
77 West Wacker, Suite 4500                              Aaron Hankel, admitted *pro hac vice*
Chicago, Illinois 60601                                 Ashley N. Harrison, admitted *pro hac vice*
Telephone: 312.319.7686                                 2555 Grand Blvd.
christopher.esbrook@esbrook.com                         Kansas City, MO 64108
stephen.brown@esbrook.com                               Phone: (816) 474.6550
                                                        Fax: (816) 421.5547


MODRALL, SPERLING, ROEHL,
HARRIS & SISK, P.A.                                     BUTT, THORNTON & BAEHR, PC
Nathan T. Nieman                                        Monica R. Garcia
Post Office Box 2168                                    4101 Indian School Rd NE
Albuquerque, New Mexico 87103-2168                      Suite 300 South
Telephone: 505.848.1800                                 Albuquerque, NM 87110
ntn@modrall.com                                         P: 505-884-0777
                                                        algreen@btblaw.com

*Counsel for Plaintiff*
                                                        *Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of March, 2022, I filed the foregoing electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

ESBROOK P.C.

By: /s/  Stephen R. Brown