IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WAYNE KENNETH AUGÉ, II, M.D.,
*Individually and as Trustee on Behalf of*
*Covalent Global Trust*,

   Plaintiff,

vs.                Civ. No. 14-1089 KG/SMV

STRYKER CORPORATION, and
HOWMEDICA OSTEONICS CORP.,

   Defendants.

## ORDER ON SCOPE OF PLAINTIFF'S REBUTTAL CASE

Defendants filed a Motion to Limit Scope of Plaintiff's Rebuttal Case on Saturday, May

14, 2022.  (Doc. 474).  The Court addressed the matter on the record, prior to jury selection, on

Monday, May 16, 2022.  As stated on the record, the scope of Plaintiff's rebuttal case is limited

by the scope of Defendants' case-in-chief.  In this way, the Court grants Defendants' Motion.

To the extent Defendants wish to raise specific objections to Plaintiff's rebuttal case,

Defendants should raise those objections during trial.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE